UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| TONY R. INGRAM, ) | Civil Action No. 0:20-cv-03051-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW M. SAUL, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this <u>12th</u> day of April, 2021, upon consideration of the Defendant's Motion to Remand and Plaintiff's agreement thereto, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will remand this claim to an administrative law judge to offer the claimant an opportunity for a new hearing and issue a new decision.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 12, 2021
Columbia, South Carolina